IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBERT DEAS,** | ) | **8:15CV35** |
| **Plaintiff,** | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **RANDY KOHL, et al.,** | ) | |
| **Defendants.** | ) | |

This matter is before the Court on its own motion. On July 29, 2015, the Court conducted a pre-service screening of Plaintiff's Complaint (Filing No. 1) in accordance with 28 U.S.C. §§ 1915(e) and 1915A. (*See* Filing No. 10.) After summarizing Plaintiff's allegations, the Court determined that the Complaint failed to state a claim upon which relief may be granted. The Court gave Plaintiff 30 days in which to file an amended complaint. (Filing No. 10 at ECF 9.)

Plaintiff filed his Amended Complaint (Filing No. 11) on August 20, 2015. Plaintiff merely reiterated the allegations set forth in his original Complaint in his Amended Complaint. Therefore, for the reasons already discussed in the Court's order dated July 29, 2015, the Court finds Plaintiff has failed to state a claim upon which relief may be granted in this action. Accordingly,

IT IS ORDERED that:

1. For the reasons set forth in the Court's order dated July 29, 2015, this action is dismissed with prejudice for failure to state a claim upon which relief may be granted.

2. The Court will enter judgment by a separate document.

DATED this 21st day of October, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge